■ THE PEOPLE OF THE STATE OF NEW YORK v JULIO MAL-DONADO.—Motion to be relieved as counsel denied, and assigned counsel directed to prepare an appellant's brief in accordance with *Anders v California* (386 US 738) and *People v Saunders* (52 AD2d 833). Concur—Kupferman, J. P., Sandler, Sullivan, Rosenberger and Ellerin, JJ.